## NEWMAN v. BENEDICT.

(Supreme Court, Appellate Division, First Department.    October 14, 1910.)

Appeal from Appellate Term.

Action by Julia S. Newman against Julian Benedict.  From an order of the Appellate Term (121 N. Y. Supp. 921), reversing an order of reference, plaintiff appeals.  Modified.

See, also, 138 App. Div. 906, 123 N. Y. Supp. 1131.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Alexander Thain, for appellant.

Edward A. Alexander, for respondent.

PER CURIAM.  The determination of the Appellate Term should be modified, by adding thereto a provision that either party shall have leave to apply to the Special Term of the City Court for the appointment of a new referee in this action.

As so modified, the order is affirmed, with $10 costs and disbursements to the respondent.